# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

**APR 3 0 2010**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**1:08-cr-00055-RWS-GGB**
**USA v. Tort**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 04/27/2010.

TIME COURT COMMENCED: 1:35 P.M.
TIME COURT CONCLUDED: 4:40 P.M.
TIME IN COURT: 2:25
COURT REPORTER: Sharon Upchurch
COURT INTERPRETER: Ian McColl
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [4]Juan Cortes-Meza Present at proceedings |
| ATTORNEY(S) PRESENT: | Susan Coppedge representing USA<br>Karima Maloney representing USA<br>Patrick McMahon representing Juan Cortes-Meza |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentence hearing continued to 4/28/10. |