# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 3 0 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## 1:08-cr-00055-RWS-GGB
## USA v. Tort
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 04/28/2010.

TIME COURT COMMENCED: 10:15 A.M.  COURT REPORTER: Sharon Upchurch
TIME COURT CONCLUDED: 10:35 A.M.  COURT INTERPRETER: Ian McColl
TIME IN COURT: 00:20  DEPUTY CLERK:

DEFENDANT(S): [4]Juan Cortes-Meza Present at proceedings

ATTORNEY(S) PRESENT: Susan Coppedge representing USA
Karima Maloney representing USA
Patrick McMahon representing Juan Cortes-Meza

PROCEEDING CATEGORY: Sentencing Hearing(Sentencing Hearing Non-evidentiary);

MINUTE TEXT: Sentence: Custody of BOP for a term of 200 months on count 4, and 120 months on count 9, all terms to be served concurrently. Supervised Release: 3 years on each of counts 4 & 9, to be served concurrently. Restitution: $600.00 to LGI and $57,000.00 to LMJ. Court waives the fine. Defendant advised of right to appeal. Remand to USM.