**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JUAN CORTES-MEZA, | : |
| Movant, | : |
| v. | : CRIMINAL ACTION NO.<br>: 1:08-CR-00055-04-RWS |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [428] of Magistrate Judge Gerrilyn G. Brill. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Movant's Motion to Vacate Sentence [404] and Motion to Alter or Amend Judgment or Motion to Vacate Sentence Pursuant to Section 2255 [427] are **DENIED**. Further, Movant is **DENIED** a Certificate of Appealability. The Clerk shall close the case.

**SO ORDERED** this  14th  day of September, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE