# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN CORTES-MEZA, | : |
| Petitioner, | : |
| | : CRIMINAL ACTION NO. |
| v. | : 1:08-CR-00055-04-RWS |
| | : |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [438] of Magistrate Judge Gerrilyn G. Brill recommending dismissal of Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255 [437], and Petitioner's *pro se* Motion to Dismiss [442]. After due consideration, Petitioner's Motion to Dismiss Without Prejudice [442] is hereby **GRANTED**. Accordingly, the earlier filed Section 2255 Motion [437] is **DENIED, AS MOOT**.

**SO ORDERED** this 2nd day of July, 2013.

RICHARD W. STORY